IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LUXER CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-603-CFC |
| | ) |
| PACKAGE CONCIERGE, INC., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO DISMISS
PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Defendant Package Concierge, Inc. ("Defendant" or "Package Concierge"), respectfully moves to dismiss this case for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6). The grounds for Defendant's motion is set forth in Defendant's Memorandum in Support, filed contemporaneously herewith.

{02033969;v1 }

*Of Counsel:*

Benjamin T. Horton
Tiffany D. Gehrke
Ray Ricordati
Chelsea Murray
Christopher J. Hall
MARSHALL, GERSTEIN
 & BORUN LLP
233 S. Wacker Drive
6300 Willis Tower
Chicago, Illinois 60606
(312) 474-6300
bhorton@marshallip.com
tgehrke@marshallip.com
rricordati@marshallip.com
cmurray@marshallip.com
chall@marshallip.com

Dated: July 11, 2024

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
amayo@ashbygeddes.com

*Attorneys for Defendant*

{02033969;v1 }