# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **LUXER CORPORATION,**<br><br>      Plaintiff,<br><br>v.<br><br>**PACKAGE CONCIERGE, INC.,**<br><br>      Defendant. | **Court No. 1:24-cv-00603-JCG** |

## ORDER

Upon consideration of the Parties' Stipulation to Extend Time (D.I. 35) and all other papers and proceedings in this action, it is hereby

**ORDERED** that any Party claiming patent infringement shall serve on all Parties a "Disclosure of Asserted Claims and Infringement Contentions" on or before January 10, 2025; and it is further

**ORDERED** that any Party opposing a claim of patent infringement shall serve on all Parties its "Invalidity Contentions" on or before March 3, 2025.

IT IS SO ORDERED this 26th day of December, 2024.

      /s/ Jennifer Choe-Groves
Jennifer Choe-Groves
U.S. District Court Judge[*]

---

[*] Judge Jennifer Choe-Groves, of the United States Court of International Trade, sitting by designation.